UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

DONALD STANTON SHEALEY
    Plaintiff,

vs.

UNITED STATES OF AMERICA
    Defendant.

**JUDGMENT**

Case No. 5:10-CV-324-F

**Decision by Court.**

**IT IS ORDERED, ADJUDGED AND DECREED** that the Plaintiff's motion is dismissed as frivolous.

This judgment filed and entered on 12/14/2011, with service on:

Donald Stanton Shealey
Register # 51347-056
McCreary - USP
P.O. Box 3000
Pine Knot, KY 42635

**DENNIS P. IAVARONE, CLERK**

December 14, 2011

/s/ *Shelia D. Foell*

Deputy Clerk